**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| BLITZSAFE TEXAS, LLC, | § | Case No. 2:17-cv-00424-JRG |
| | § | |
| Plaintiff, | § | |
| | § | **JURY TRIAL DEMANDED** |
| v. | § | |
| | § | |
| JAGUAR LAND ROVER LTD. and | § | |
| JAGUAR LAND ROVER NORTH | § | |
| AMERICA, LLC, | § | |
| | § | |
| Defendants. | § | |
| | § | |

**MOTION FOR ISSUANCE OF LETTERS OF REQUEST FOR INTERNATIONAL**
**JUDICIAL ASSISTANCE—LETTERS ROGATORY**

Plaintiff Blitzsafe Texas, LLC ("Blitzsafe") hereby requests that this Court, pursuant to Rules 38(b), 30(b)(6) and 45 of the Federal Rules of Civil Procedure, and 28 U.S.C. § 1781, issue Letters of Request/Letters Rogatory for International Judicial Assistance to the Central Authority of the United Kingdom requesting that Robert Bosch Limited, Alpine Electronics of UK Limited, Harman International Industries Limited and Visteon Engineering Services Limited produce documents and things for inspection and copying described herein. The proposed Letters of Request/Letters Rogatory are attached hereto as **Exhibits 1 through 4**.

On October 2, 2018, Defendants Jaguar Land Rover Ltd. and Jaguar Land Rover North America, LLC (collectively "JLR") served Initial and Additional Disclosures that identified the following entities as potential parties to the above-captioned lawsuit: (1) Robert Bosch Limited; (2) Alpine Electronics of UK Limited; (3) Harman International Industries Limited; and (4) Visteon Engineering Services Limited. (*See* Ex. 5 at 2-3). Each of these entities is based in the United Kingdom.

The United States and the United Kingdom of Great Britain and Northern Ireland (the "UK") are both parties to the Hague Convention.[1] The Hague Convention provides three different means for taking evidence in contracting states: (1) using a local judicial authority by means of letters rogatory (also known as letters of request); (2) depositions before a diplomatic or consular officer; and (3) depositions before a person commissioned by a court. (*See* Ex. 6, Hague Convention on Taking Evidence Abroad in Civil or Commercial Matters, Arts. 1 and 15-17). In the UK, oral depositions or depositions on written questions may be taken by U.S. consular officers or by private attorneys at the U.S. Embassy or at another location such as a hotel or office, either on notice or pursuant to a commission. (*See* Ex. 8). Although the Hague

---

[1] The United States ratified the Hague Convention on August 8, 1972, and the United Kingdom ratified on July 16, 1976. (*See* Ex. 7).

Evidence Convention offers a Model Letter of Request, there is no particular form that must be followed, except that the commission must refer to the Hague Convention with precise information on:

- The name of the court;

- The name of the judge or issuing authority;

- The names of the parties to the case and their representatives;

- The names, addresses, and telephone number of all witnesses to be summoned;

- The questions to be put to the witnesses, or a statement of the subject matter on which they are to be examined;

- The names of any of the parties, or their representatives, who plan to attend the deposition;

- Whether the parties to the case have consented to the deposition and, if not, the reasons for any objection

(*See* Ex. 9).

The proposed Letters of Request/Letter Rogatory in Exhibits 1 through 4 include the foregoing requisite information. (*See* **Exs. 1-4**).  Accordingly, Blitzsafe respectfully requests that the Court approve and sign each proposed Letter of Request.  Blitzsafe further respectfully requests that, after this Court signs each Letter of Request, the Clerk of this Court (1) authenticate the Court's signature on each Letter under the seal of this Court, and thereafter directly transmit each Letter of Request to the appropriate Central Authorities of the United Kingdom for execution in conformity with Article 2 of the Hague Convention.

Dated: November 16, 2018

Respectfully submitted,

**BROWN RUDNICK LLP**

*/s/ Alfred R. Fabricant*

Alfred R. Fabricant
NY Bar No. 2219392
Email: afabricant@brownrudnick.com
Lawrence C. Drucker
NY Bar No. 2303089
Email: ldrucker@brownrudnick.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@brownrudnick.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@brownrudnick.com
Joseph M. Mercadante
NY Bar No. 4784930
Email: jmercadante@brownrudnick.com
Alessandra C. Messing
NY Bar No. 5040019
Email: amessing@brownrudnick.com
Timothy J. Rousseau
NY Bar No. 4698742
Email: trousseau@brownrudnick.com
Shahar Harel
NY Bar No. 4573192
Email: sharel@brownrudnick.com
Sarah G. Hartman
CA Bar No. 281751
Email: shartman@brownrudnick.com
John A. Rubino
NY Bar No. 5020797
Email: jrubino@brownrudnick.com
Danielle A. D'Aquila
NY Bar No. 5098587
Email: DD'Aquila@brownrudnick.com
Daniel J. Shea
NY Bar No. 5430558
Email: dshea@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
Telephone: 212-209-4800

3

Facsimile: 212-209-4801

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**McKOOL SMITH, P.C.**
104 East Houston Street, Suite 300
Marshall, Texas 75670
Telephone: 903-923-9000
Facsimile: 903-923-9099

**ATTORNEYS FOR PLAINTIFF,
BLITZSAFE TEXAS, LLC**

4

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 16th day of November, 2018.

<u>*/s/ Sarah Hartman*     </u>

Sarah Hartman

## <u>CERTIFICATE OF CONFERENCE</u>

The undersigned attorney hereby certified that counsel for Plaintiff has conferred with counsel for Defendants via e-mail and there is not opposition to the relief requested in this motion.

<u>*/s/ Sarah Hartman*      </u>

Sarah Hartman